1  NICHOLAS TRUTANICH
   United States Attorney
2  District of Nevada
   Nevada State Bar Number 13644
3  BRIAN WHANG
   Assistant United States Attorney
4  501 Las Vegas Blvd. South, Suite 1100
   Las Vegas, Nevada 89101
5  PHONE: (702) 388-6336
   brian.whang@usdoj.gov
6
   *Attorneys for the United States of America*

7
                    **UNITED STATES DISTRICT COURT**
8                      **DISTRICT OF NEVADA**
9                            **-oOo-**

10
   UNITED STATES OF AMERICA,            )   Case No.: 2:19-mj-00527-GWF
11                                       )
                  Plaintiff,             )   **EX PARTE MOTION TO UNSEAL**
12                                       )   **CASE**
          vs.                            )
13                                       )
   ROBERT CARL LITHEREDGE               )
14                                       )
   _____)

15

16        COMES NOW, the United States of America by and through NICHOLAS

17  TRUTANICH, United States Attorney, and BRIAN WHANG, Assistant United States

18  Attorney, and respectfully moves this Court to unseal the criminal case complaint in the

19  above-captioned matter.

20  \ \ \

21  \ \ \

22  \ \ \

23

---

FILED _____        RECEIVED
ENTERED _____      SERVED ON
           COUNSEL/PARTIES OF RECORD

        AUG - 2 2019

     CLERK US DISTRICT COURT
       DISTRICT OF NEVADA
BY:_____DEPUTY

1    The defendant made his initial appearance on August 1, 2019, and a preliminary

2  examination is scheduled for August 15, 2019.  Therefore, the need to keep the complaint

3  sealed has expired.

4

5  Dated this 2nd day of August, 2019.

6                                        Respectfully submitted,

7                                        NICHOLAS TRUTANICH
                                          United States Attorney

8

9                                        Brian Whang
                                          Assistant United States Attorney

10

11

12

13  The Government's motion is hereby  Granted .

14

    SO ORDERED:

15

16
    Hon. Elayna J. Youchah                        Dated: Aug. 9, 2019
17  United States Magistrate Judge

18

19

20

21

22

23

                                        2